U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JANICE KING,<br>    Appellant | CIVIL ACTION<br>NO. CV05-1258-A |
| VERSUS | |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that King's appeal is GRANTED and the final decision of the Commissioner is REVERSED because it is not based on substantial evidence and is not a correct application of the relevant legal standards.

IT IS ALSO ORDERED that the Commissioner's motion for remand is GRANTED pursuant to the fourth sentence of 42 U.S.C. § 405(g) and the case is REMANDED to the Commissioner for further proceedings, including re-evaluation of King's impairments and to obtain vocational expert testimony.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE